Max R. READ, Appellant, v. PACIFIC COAST BREEDERS' ASSOCIATION et al., Appellees.

No. 6948.

Circuit Court of Appeals, Ninth Circuit.

June 13, 1933.

Miller & Boyken, Carroll A. Gordon, and Joseph E. Connolly, all of San Francisco, Cal., for appellant.

Edwin V. McKenzie and John J. Taaffe, both of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

After submission of the cause, counsel present stipulation for dismissal of the appeal, and good cause therefor appearing, ordered appeal dismissed, without costs to either party.

---

Hubert RILEY, Appellee, v. THE Barge JAMES MORIARITY, James Moriarity, Appellant.

No. 431.

Circuit Court of Appeals, Second Circuit.

May 29, 1933.

Thomas A. McDonald, of New York City (Franklin M. Depew, of New York City, of counsel), for appellant.

Burke & Desmond, of Buffalo, N. Y. (Charles S. Desmond, of Buffalo, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

C. F. ROTH, Appellant, v. UNITED STATES, Appellee.

No. 5045.

Circuit Court of Appeals, Third Circuit.

July 10, 1933.

Miller A. Johnson, of Lewisburg, Pa., for appellant.

John M. Dervin, of Philadelphia, Pa., Andrew B. Dunsmore, U. S. Atty., of Wellsboro, Pa., and Joseph B. Jenkins, Asst. U. S. Atty., of Scranton, Pa.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

In the court below C. F. Roth was indicted for embezzling and converting to his own use money paid by the United States to him as committee of Charles E. Siglin, a lunatic and a former member of the military forces of the government. Jury was waived, the defendant tried, found guilty, and sentenced, the trial judge holding: "From the evidence in this case I have no doubt that the money came lawfully into the defendant's possession as committee for Charles E. Siglin, lunatic, and that he wrongfully appropriated a large part of that money to his own use." We have carefully studied the proofs, with the result that we find no error in the rulings, findings, and sentence of judgment.

The defendant's appeal is therefore dismissed, and the judgment below affirmed.